FILED

2018 JUL 19 PM 12: 36

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| | ) |
| Plaintiff, | ) JUDGE GWIN |
| | ) |
| v. | ) CASE NO. 1:18 CR 403 |
| | ) Title 18, Section 1709, United |
| SONTE E. GIBBONS, | ) States Code |
| | ) |
| Defendant. | ) |

COUNT 1
(Theft of Mail by Postal Employee, in violation of 18 U.S.C. § 1709)

The United States Attorney charges:

On or about April 13, 2017, in the Northern District of Ohio, Eastern Division, Defendant SONTE E. GIBBONS, being a Postal Service officer or employee, did knowingly embezzle a package and any article or thing contained therein entrusted to him, and which came into his possession intended to be conveyed by mail and delivered by a person employed in any department of the Postal Service, to wit: an envelope with a delivery address on East 331st Street in Eastlake, Ohio, 44095, in violation of Title 18, United States Code, Section 1709.

JUSTIN E. HERDMAN
United States Attorney

By: _____
Edward F. Feran, Chief
General Crimes Unit